**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **BABY DOE,** *et al.* | ) | **Case No. 1:16-CV-00373** |
| | ) | **Hon. James C. Cacheris** |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **CHRISTOPHER M. PIEHOTA**, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' CONSENT MOTION TO RESET BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiffs, by and through the undersigned counsel, respectfully ask this Court to grant the parties an additional extension of time to file their supplemental briefing regarding *Ziglar v. Abbasi*, 137 S. Ct. 1843 (2017) to do so on or before September 13, 2017. Plaintiffs seek this additional extension because, while Plaintiffs' counsel still anticipates voluntarily dismissing this case, counsel has been unable to contact and discuss with each plaintiff—some of whom remain abroad and are not currently accessible—doing so. But because Plaintiffs' counsel must have discussions with each of the many plaintiffs in this case to secure their consent to dismissal, Plaintiffs need more time to conclude those consultations. Rather than have the parties submit supplemental briefs that will not be needed to resolve this matter, a two week extension will allow this case to be resolved without additional briefing or the hearing now scheduled for August 17, 2017.

1. Plaintiffs are US citizens who have not been charged with a terrorism-related offense, haven't been arrested for committing a terrorism-related offense, and haven't been convicted of a terrorism-related offense. They commenced this action on April 5, 2016, alleging constitutional and statutory violations arising out Defendants' creation and maintenance of a federal terrorist

watch list.

2. On June 29, 2017, this Court—in light of the Supreme Court's recent decision regarding the availability of *Bivens* remedies—ordered the parties to "file [a] brief on *Abbasi* issues for the current complaint." *Dkt.* 55.

3. Plaintiffs have reviewed the *Abbasi* decision and, in light of its holdings, is securing permission from the plaintiffs to voluntarily dismiss this action.

4. Plaintiffs, with the consent of the defendants, sought and received a one week extension on July 13, 2017. *Dkt. 58.* Subsequent to this, Plaintiffs, with the consent of the defendants, have sought and received additional extensions of time.

5. Given the number of plaintiffs and counsel's inability to contact all of them thus far, counsel needs more time to complete this process.

6. An extension of time for the parties to file their supplemental briefs will provide Plaintiffs with sufficient time to voluntarily dismiss the action prior to that deadline. Because no supplemental briefing has been submitted and this matter will be voluntarily dismissed shortly, this Court should also stay the hearing now scheduled for August 17, 2017.

7. Defendants have indicated that they consent to this motion. The parties waive oral argument as well.

Respectfully submitted,

COUNCIL ON AMERICAN-ISLAMIC RELATIONS

_/s/____________________

GADEIR I. ABBAS
Attorney for Plaintiffs
453 New Jersey Avenue, SE
Washington DC, 20003
Telephone: (720) 251-0425
Fax: (202) 488-0833
Email: gabbas@cair.com

*Licensed in VA; not in DC – practice limited to federal matters*

_/s/________________________
LENA F. MASRI (P73461)
Attorney for Plaintiffs
453 New Jersey Avenue, SE
Washington DC, 20003
Telephone: (248) 390-9784
Fax: (202) 488-0833
Email: lmasri@cair.com

AKEEL & VALENTINE, PLLC
SHEREEF H. AKEEL (P54345)
Attorney for Plaintiffs
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I electronically filed the foregoing document with the Clerk of the Court, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

_/s/____________________
GADEIR I. ABBAS
Attorney for Plaintiffs
453 New Jersey Avenue, SE
Washington DC, 20003
Telephone: (720) 251-0425
Fax: (202) 488-0833
Email: gabbas@cair.com

*Licensed in VA; not in DC – practice limited to federal matters*