**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **BABY DOE,** *et al.* | ) | **Case No. 1:16-CV-00373** |
| | ) | **Hon. James C. Cacheris** |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER M. PIEHOTA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE**

**WHEREAS,** the parties to the above-entitled action wish to dismiss Plaintiffs' claims against Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties and/or their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims against Defendants are hereby dismissed WITHOUT PREJUDICE and without costs or attorneys' fees.

Approved as to form and substance:


COUNCIL ON AMERICAN-ISLAMIC RELATIONS

BY: /s/ Lena Masri
LENA F. MASRI (P73461)
*Attorney for Plaintiffs*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

COUNCIL ON AMERICAN-ISLAMIC RELATIONS

BY: /s/ Gadeir Abbas
GADEIR I. ABBAS (VA Bar No. 81161)
*Attorney for Plaintiffs*
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

**Mr. Abbas is Licensed in VA, not in D.C.*
*Practice limited to federal matters*
*Admitted to practice in this Court*

AKEEL & VALENTINE, PLLC

BY: /s/ Shereef Akeel
SHEREEF H. AKEEL (P54345)
*Attorney for Plaintiffs*
888 W. Big Beaver Rd., Ste. 910
Troy, MI 48084
Phone: (248) 269-9595
shereef@akeelvalentine.com

COUNSEL FOR THE PLAINTIFFS

By: /s/ James Whitman
James R. Whitman (D.C. Bar No. 987694)
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314

By: /s/ Lauren Wetzler
Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 229-3752
Lauren.wetzler@usdoj.gov

COUNSEL FOR THE DEFENDANTS

Dated: September 13, 2017

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2017, I electronically filed the forgoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing. of such filing to the following counsel of record in this matter:

/s/ Gadeir Abbas